FILED
MAY 0 9 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| BRANDI DEJESUS DAVIS,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil No. W-04-CA-386 |
| CORRECTION CORPORATION OF<br>AMERICA,<br>    Defendant. | §<br>§<br>§<br>§ | |

## ORDER

On this date the Court, *sua sponte,* considers this case. On April 22, 2005, the Court entered an order advising the Plaintiff to show cause why this case should not be dismissed for want of prosecution. To-date, Plaintiff has not filed an adequate response. Accordingly, it is

**ORDERED** that this case is **DISMISSED** without prejudice, costs to be borne by the party incurring same.

SIGNED this 6 day of ~~April~~ May, 2005.

_____
WALTER S. SMITH, JR.,
CHIEF UNITED STATES DISTRICT JUDGE